UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Central Grocers, Inc., et al., [1]<br><br>                Debtor. | Chapter 11<br><br>Case No.  17-10993 (BLS)<br><br>(Joint Administration Requested) |

### REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned will appear for Conopco, Inc. dba Unilever in the above captioned matter.  Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

        STARK & STARK, P.C.
        P.O. Box 5315
        Princeton, NJ 08543
        Attn: Joseph H. Lemkin, Esquire
        Telephone:  609-791-7022
        Fax:  609-896-0629
        Email:  jlemkin@stark-stark.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of Conopco, Inc. dba Unilever in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

4841-1194-1191, v. 2

2

        STARK & STARK, P.C.
        P.O. Box 5315
        Princeton, NJ 08543
        Attn: Joseph H. Lemkin, Esquire
        Telephone:  609-791-7022
        Fax:  609-896-0629
        Email:  jlemkin@stark-stark.com

Dated:  May 4, 2017        By: /s/ *Joseph H. Lemkin*
                                    Joseph H. Lemkin

4841-1194-1191, v. 2